UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STEPHEN TROWBRIDGE,

          Plaintiff,

-v-

CITY UNIVERSITY OF NEW YORK, et al.,

          Defendants.

CIVIL ACTION NO. 24 Civ. 9443 (AT) (SLC)

**POST-CONFERENCE ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the discussion during the telephonic discovery conference held today, June 17, 2025, the Court orders as follows:

1. The fact discovery deadline is EXTENDED to **Friday, August 29, 2025.** At this time, the parties do not anticipate conducting expert discovery.

2. A follow-up telephonic discovery conference is scheduled for **Tuesday, July 29, 2025 at 3:00 p.m. ET** on the Court's conference line. The parties are directed to call: (855) 244-8681; access code: 2308 226 4654, at the scheduled time.

3. The case management conference scheduled on July 21, 2025 with the Honorable Analisa Torres is ADJOURNED sine die.

Dated:    New York, New York
             June 17, 2025

SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge