UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STEPHEN TROWBRIDGE,

                Plaintiff,

-v-

CITY UNIVERSITY OF NEW YORK, et al.,

                Defendants.

CIVIL ACTION NO. 24 Civ. 9443 (AT) (SLC)

**POST-CONFERENCE ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the discussion during the telephonic discovery conference held today, July 29, 2025, the Court orders as follows:

1. A follow-up telephonic discovery conference is scheduled for **Wednesday, August 27, 2025 at 10:00 a.m. ET** on the Court's conference line. The parties are directed to call: (855) 244-8681; access code: 2308 226 4654, at the scheduled time.

2. The parties shall submit a joint status letter by **Monday, August 25, 2025** identifying any discovery issues that are ripe for the Court's consideration.

Dated:     New York, New York
           July 29, 2025

SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge