

**Office of the New York State Attorney General**

**Letitia James Attorney General**

October 6, 2025

**By ECF**

The Hon. Sarah L. Cave
United States Magistrate Judge
Southern District of New York
500 Pearl Street, Room 1670
New York, NY 10007-1312

> Defendants' request for an extension of time to file a stipulation of dismissal is GRANTED and the deadline is EXTENDED to **Friday, October 31, 2025**.
>
> The Clerk of the Court is respectfully directed to close Dkt. No. 30.
>
> SO ORDERED  10/6/25
>
> SARAH L. CAVE
> United States Magistrate Judge

Re:   *Trowbridge v. City University of New York, et sl.*
      No. 24 Civ. 9443 (AT) (SLC) (S.D.N.Y.)

Your Honor:

    This Office represents defendants the City University of New York, Russell Hotzler and Miguel Cairol in the above-referenced matter. On August 26, 2025, I notified the Court that the parties had reached a settlement in principle, Dkt. No. 28, and your Honor directed the parties to file a stipulation of dismissal with Judge Torres by Friday, October 10. Dkt. No. 29.

    I write, with the consent of Plaintiff's counsel, to request that the Court extend the deadline to file a settlement agreement by three weeks, until Friday October 31, 2025. This is the first request for an adjournment of this deadline. The parties have exchanged drafts of an agreement and a few issues remain. I expect to be out of the office for most of the Jewish holiday this October 7-15, so additional time is needed until we can present the Court with an agreement to be "so ordered."

    I thank the Court for its consideration of this request.

Respectfully submitted,

/s/  Jonathan A. Siegel
JONATHAN A. SIEGEL
Assistant Attorney General
212-416-8888
Jonathan.Siegel@ag.ny.gov

cc:  Plaintiff's counsel (by ECF)