UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STEPHEN TROWBRIDGE,

                Plaintiff,

-against-

CITY UNIVERSITY OF NEW YORK, RUSSELL HOTZLER, and MIGUEL CAIROL,

                Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  11/17/2025
```

24 Civ. 9443 (AT) (SLC)

**ORDER**

ANALISA TORRES, District Judge:

      The Court is in receipt of the parties' settlement agreement, to be entered as an order of the Court. *See* ECF No. 34. By **December 1, 2025**, the parties shall submit a revised settlement agreement that limits the Court's retention of jurisdiction to enforce the terms of the settlement agreement to one year.

      SO ORDERED.

Dated: November 17, 2025
       New York, New York

_____
ANALISA TORRES
United States District Judge