

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/26/2025

**Office of the New York State
Attorney General**

Letitia James
**Attorney General**

November 25, 2025

**By ECF and Email**

The Hon. Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street, Room 2210
New York, NY 10007-1312
Torres_NYSDChambers@nysd.uscourts.gov

      Re:    *Trowbridge v. City University of New York, et sl.*
             No. 24 Civ. 9443 (AT) (SLC) (S.D.N.Y.)

Your Honor:

This Office represents defendants the City University of New York, Russell Hotzler and Miguel Cairol in the above-referenced matter. The parties have settled this case and a related state court case. On November 17, 2025, your Honor entered an order dismissing the individual defendants from this action (ECF 35), and directed the parties to re-submit the settlement agreement between the remaining parties by December 1, 2025, after adding a provision stating that the Court will retain jurisdiction for one year to enforce the settlement agreement (ECF 36). The parties circulated a revised settlement agreement but it has not been fully executed due to holiday schedules. Therefore, the parties jointly request a two week extension, until December 15, 2025, to submit the revised settlement agreement to be "so ordered." This is the first request for an adjournment of this deadline.

On behalf of the parties, we thank the Court for its assistance in resolving this matter.

Respectfully submitted,

/s/ Jonathan A. Siegel
JONATHAN A. SIEGEL
Assistant Attorney General
212-416-8888
Jonathan.Siegel@ag.ny.gov

GRANTED.

SO ORDERED.

Dated: November 26, 2025
       New York, New York

**ANALISA TORRES**
United States District Judge